COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Rowdy Girl Sanctuary, Inc., Renee King-Sonnen and Tommy
                         Sonnen v. Lisa Neasbitt, Timothy Bauder, Deborah Islas, Sujatha
                         Ramakrishna, Jackie Thipthorpe, Alissa Trevino and Does 1-10

Appellate case number:   01-17-00735-CV

Trial court case number: 2017-10080

Trial court:             295th District Court of Harris County

On November 28, 2017, the Court received a joint motion to dismiss and remand the cause to the trial court to effectuate the parties' settlement. We granted the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C) and abated the case to permit the trial court to effectuate the parties' agreement. We also ordered that within 45 days, the parties shall file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the proceedings. We further stated that if we did not receive a response as directed, the case would be reinstated. To date, we have not received a response as directed. Accordingly, we **reinstate** the appeal.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually     ☐ Acting for the Court

Date: August 7, 2018